No. 02–10218. GARNER v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10226. CRAWFORD v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 02–10229. MCCLINTON v. KARLEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10230. JONES v. COOPER, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10232. JOHNSON v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10234. HOPKINS v. INDETERMINATE SENTENCE RE-VIEW BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10236. GUYTON v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–10238. HENDERSON v. VISA U. S. A. INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10239. HOSTETTER v. VIRGINIA. Sup. Ct. Va. Certio-rari denied.

No. 02–10240. HUNTER v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–10242. GLASS v. VANNATTA, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 02–10243. JONES v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-rari denied.

No. 02–10249. JOHNSON v. CORNELL CORRECTIONS, INC., ET AL. Sup. Ct. R. I. Certiorari denied.

No. 02–10251. HUSKETH v. BECK, SECRETARY, NORTH CARO-LINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Cer-tiorari denied.